UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD FRISK,

    Plaintiff,

v.                                              Case No:   2:14-cv-550-FtM-38CM

H.P.B.C., INCORPORATED and
SCOT CONRAD,

    Defendants.
_____/

### ORDER[1]

This matter comes before the Court on review of the docket. Plaintiff Richard Frisk filed a Complaint on September 19, 2014, and then an Amended Complaint on October 14, 2014. (Doc. #1; Doc. #8). This matter is against Defendants H.P.B.C., Inc. and Scot Conrad. Both Defendants assert they are representing themselves *pro se*. A corporation, however, cannot appear before the Court *pro se*. Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel.") (citations omitted). Thus, a corporation like H.P.B.C., Inc. must appear and be heard in this Court only through legal counsel admitted to the court pursuant to Local Rules 2.01 or 2.02. See M.D. Fla. 2.03(d).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Accordingly, it is now

**ORDERED:**

Defendant H.P.B.C., Inc. is directed to obtain an attorney. Its attorney should appear on the docket no later than **March 25, 2015**. Failure of Defendant H.P.B.C., Inc. to obtain an attorney in a timely manner may result in a default being entered. The Clerk is directed to immediately mail a copy of this order to the *pro se* defendants.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2