UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD FRISK,

    Plaintiff,

v.                                       Case No:   2:14-cv-550-FtM-38CM

H.P.B.C., INCORPORATED and
SCOT CONRAD,

    Defendants.
_____/

**ORDER[1]**

This matter comes before the Court on review of the docket in this action. On February 24, 2015, the Court directed Defendant H.P.B.C., Inc. to obtain an attorney and to have their attorney appear on the docket no later than March 25, 2015. ([Doc. #12](Doc. #12)). It is now March 30, 2015, and Defendant H.P.B.C., Inc. has failed to have an attorney appear on their behalf. The Court will give Defendant H.P.B.C., Inc. until Monday, April 6, 2015, to obtain an attorney and to have the attorney appear on the docket. Failure to obtain an attorney in a timely manner may result in a default being entered.

Accordingly, it is now

**ORDERED:**

1. Defendant H.P.B.C., Inc. is once again directed to obtain an attorney. Its attorney must appear on the docket no later than **April 6, 2015**. Failure of

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Defendant H.P.B.C., Inc. to obtain an attorney by this date may result in a default being entered.

2. The Clerk is directed to immediately mail a copy of this order to the *pro se* Defendants.

**DONE** and **ORDERED** in Fort Myers, Florida, this 30th day of March, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record