UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD FRISK,

    Plaintiff,

v.                                        Case No:  2:14-cv-550-FtM-38CM

H.P.B.C., INCORPORATED and
SCOT CONRAD,

    Defendants.
_____/

**ORDER**[1]

This matter is before the Court on Plaintiff Richard Frisk's Notice of Voluntary Dismissal (Doc. #14) filed on April 2, 2015.  Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure allows a plaintiff to dismiss a case voluntarily without a court order.  Rule 41(a)(1)(A) reads, in pertinent part, that

> [s]ubject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing: (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, Plaintiff voluntarily dismisses the Amended Complaint (Doc. #8) under Rule 41(a)(1)(A)(i).  (Doc. #14).  Defendants H.P.B.C., Inc. and Scot Conrad have

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

not filed an answer or a motion for summary judgment. The Court, therefore, dismisses the case.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Richard Frisk's Notice of Voluntary Dismissal ([Doc. #14](Doc. #14)) is **GRANTED**.

(2) The Clerk of the Court is **DIRECTED** to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida, this 6th day of April, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record